# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
DAVIS, SHARON MARIE § Case No. 11-08115
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Home Loan P.O. Box 650070 Dallas, TX 75265-0070 |  |  |  |  |  |
|  | Community Bank River Forest 7777 Lake Street River Forest, IL 60305 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| 000001 | CITI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-08115 SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DAVIS, SHARON MARIE | | Date Filed (f) or Converted (c): | 02/28/11 (f) |
| | | | 341(a) Meeting Date: | 04/13/11 |
| For Period Ending: | 12/31/12 | | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home- 538 North Lombard Oak Park, IL | 390,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account- Fifth Third Bank X1806 | 7,144.53 | 3,694.53 | | 0.00 | FA |
| 3. Furniture and appliances | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5. 1 Diamond Ring, 1 Engagment Ring | 500.00 | 0.00 | | 0.00 | FA |
| 6. Polish Roman Catholic Union Of America 984 Milwauk | 4,664.75 | 0.00 | | 0.00 | FA |
| 7. CPS Pension | 87,524.00 | 0.00 | | 0.00 | FA |
| 8. 403(b) Plan | 42,286.19 | 0.00 | | 0.00 | FA |
| 9. 2010 expected refund $8,000 | 8,000.00 | 8,000.00 | | 3,555.05 | FA |
| 10. 1997 Ford Escort, 130,388 miles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 11. 1998 Ford Expedition, 204,019 miles | 4,000.00 | 1,600.00 | | 0.00 | FA |
| 12. Computer | 50.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $547,869.47 | $16,794.53 | | $3,555.05 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-08115 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DAVIS, SHARON MARIE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5363  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8438 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/12 | 9 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 3,555.05 | | 3,555.05 |
| 06/19/12 | | Transfer to Acct #*******5457 | Final Posting Transfer | 9999-000 | | 3,555.05 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,555.05 | 3,555.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,555.05 | |
| Subtotal | 3,555.05 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,555.05 | 0.00 | |

Page Subtotals       3,555.05       3,555.05

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-08115 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DAVIS, SHARON MARIE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5457 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8438 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/12 | | Transfer from Acct #*******5363 | Transfer In From MMA Account | 9999-000 | 3,555.05 | | 3,555.05 |
| 08/17/12 | 001001 | Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | FULL AND FINAL DISTRIBUTION | 7100-000 | | 2,666.29 | 888.76 |
| 08/17/12 | 001002 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE<br>FULL AND FINAL DISTRIBUTION | 2100-000 | | 888.76 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,555.05 | 3,555.05 | 0.00 |
| Less: Bank Transfers/CD's | 3,555.05 | 0.00 | |
| Subtotal | 0.00 | 3,555.05 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,555.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********5363 | 3,555.05 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5457 | 0.00 | 3,555.05 | 0.00 |
| | 3,555.05 | 3,555.05 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       3,555.05       3,555.05

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*